UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
BEVERLY WETZEL JOHNSON  CASE NO. 20-10845
1765 WESTCHESTER DRIVE APT 313  JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27262

    DEBTOR

SSN(1) XXX-XX-8499  DATE: 06/03/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $19,024.69<br>INT: .00%<br>NAME ID: 182227<br>CLAIM #: 0004 | (U) UNSECURED<br><br>ACCT: 4181<br>COMMENT: |
| BB&T NOW TRUIST<br>P O BOX 1847<br>100-50-01-51<br>WILSON, NC  27894 | $321.04<br>INT: .00%<br>NAME ID: 182227<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 9026<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $407.60<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 9101<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8499<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $1,985.12<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 8787<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $14,032.39<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 8152<br>COMMENT: CITIBANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8499<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10845

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $657.75<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 7046<br>COMMENT: STEINMART |
| US BANK NA<br>P O BOX 5227<br>CINCINNATI, OH  45201-5227 | $6,160.38<br>INT: .00%<br>NAME ID: 165468<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 4201<br>COMMENT: |
| **TOTAL:** | **$42,588.97** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/03/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice